IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17CR208 |
| | ) | |
| KARTEAU JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 4th day of April 2019, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion to Suppress (doc. 339) is TAKEN UNDER ADVISEMENT.

All other pretrial motions are DISMISSED as MOOT.

**SO ORDERED** this 4th day of April, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA