FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAY 28 PM 12:21
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR417-208 |
| | ) | |
| KARTEU OMAR JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 588), to which objections have been filed (Doc. 590). In the report and recommendation, the Magistrate Judge recommends denying Defendant Jenkins's request to suppress certain intercepted communications. (Doc. 588.) After a careful review of the record, the Court finds that Defendant Jenkins's objections are meritless and concurs with the conclusions of the report and recommendation. Defendant Jenkins raises the same arguments in his objections that were fully considered by the Magistrate Judge in the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant Jenkins's Motion to Supress (Doc. 339) is **DENIED**.

SO ORDERED this 28th day of May 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA