IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

M

11|4 _20⁻9

Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR417-208 |
| | ) | |
| KARTEU OMAR JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is Defendant Karteu Jenkins' Motion for Release from Custody Prior to Sentencing (Doc. 689) and Motion to Proceed Pro Se (Doc. 690). Although Defendant is represented by counsel, LuAnn Roberts and William Joseph Turner, Defendant filed these motions pro se. (Doc. 689; Doc. 690.) Under this Court's local rules, a defendant is prohibited from filing motions pro se when he is represented by counsel. See S.D. Ga. L.R. 44.2. Accordingly, Defendant's Motion for Release from Custody Prior to Sentencing (Doc. 689) and Motion to Proceed Pro Se (Doc. 690) are **DENIED**.

SO ORDERED this 4ᵗʰ day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA