**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 4:17-CR-00208-2** |
| | ) | |
| **KARTEAU JENKINS,** | ) | |
| **DEFENDANT.** | ) | |

**DEFENDANT JENKINS' MOTION FOR CONTINUANCE**

COMES NOW Defendant Karteau Jenkins, by and through his attorney, Kimberly L. Copeland, and files Defendant Jenkins' Motion for Continuance.

1.

Mr. Jenkins was indicted on August 2, 2017.  Mr. Jenkins had his initial appearance and arraignment on January 25, 2018.

2.

Undersigned counsel has been retained to represent Defendant on March 23, 2020 for sentencing after a jury trial.  The original sentencing hearing was set for April 3, 2020 via Video conference and continued due to the Defendant's preference to in person hearing.

3.

Defendant case has prolonged primarily due to the unforeseen Emergency surrounding the Covid 19 pandemic.

4.

This case is set for Sentencing at 2:00 p.m. today December 3, 2020.  Counsel visit

Defendant last night at the Liberty County Jail, in preparation for the sentencing hearing and it was determined we needed additional time to notify witnesses.

5.

Counsel for Defendant states that additional time is needed to prepare for the Sentencing hearing, although Counsel filed late yesterday a previously prepared sentencing memorandum. Counsel was unaware of the hearing being set until reading an email from the Deputy Clerk while attending a court ordered mediation.  Afterward Counsel searched into why she had not previously received notice from the Court which is unusual.  It was discovered that the notice was sent to my spam along with other notices from the court which I have corrected this morning after speaking with a tech assistant.

6.

The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial for a number of reasons, including but not limited to the following:  a continuance does not hamper the continuation of this prosecution, a continuance will allow counsel and his client to explore further sentencing variances, one or more co-defendants have not been sentenced and denying the continuance would deny counsel reasonable time for effective preparation, taking into account the exercise of due diligence.

7.

Counsel have not had an opportunity to discuss with AUSA prior to filing this Motion to determine if the United States opposed a continuance.

8.

Wherefore, Defendant requests that above-referenced matter be continued until after December 16, 2020 to allow additional time for preparation and witnesses.

This 3rd day of December, 2020.

Kimberly L. Copeland & Associates LLC

***<u>s/Kimberly L. Copeland, Esq.</u>***
Kimberly L. Copeland, Esq.
Georgia Bar Number :  186783
Attorney for Karteau Jenkins

256 N. Brunswick Street
Jesup, Georgia 31546
Telephone:  (912) 530-7317
E-Mail:  kim12cope@aol.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 3rd day of December 2020.

Kimberly L. Copeland & Associates LLC

***<u>s/Kimberly L. Copeland, Esq.</u>***
Kimberly L. Copeland, Esq.
Georgia Bar Number :  186783
Attorney for Karteau Jenkins

256 N. Brunswick Street
Jesup, Georgia 31546
Telephone:  (912) 530-7317
E-Mail:  kim12cope@aol.com