IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:17-cr-208 |
| KARTEU OMAR JENKINS, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant Karteu Jenkins' Motion for Release to Home Confinement. (Doc. 807.) For the reasons stated by the Government in response to Defendant's Motion, (doc. 814), the Court finds that release in this case is not warranted and is unjustified. Therefore, the Court **DENIES** Defendant's Motion.

**SO ORDERED**, this 23rd day of February, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA